# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Esther M Zepeda

                          Plaintiff,

v.                                                    Case No.: 1:11–cv–01604
                                                           Honorable Ruben Castillo

Cook County, Illinois, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2011:

      MINUTE entry before Honorable Ruben Castillo:Status hearing held on 7/14/2011. Counsel for defendants appeared. Defendants' motion to dismiss [16] is granted. Plaintiff's complaint is dismissed without prejudice. Plaintiff is given until 8/15/2011 to file an amended complaint. The Court will hold a status hearing in Courtroom 1041 on 8/17/2011 at 9:45 a.m. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.